1
2
3
4
5
6
7
8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   WILLIAM O. ROBINSON,                    CIV F 05 0448 REC LJO P

13
              Plaintiff,
14
         vs.
15
     DIETER ECKERT, et al.,
16
              Defendants.                    ORDER TRANSFERRING CASE
17   _____/

18         Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19   U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20         The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26         In this case, none of  the defendants reside in  this district.  The claim arose in San Luis

27   Obispo County, which is in the Central  District of California.  Therefore, plaintiff's claim should

28   have been filed in the United States District Court for the Central District of California.  In the

1   interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct

2   district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Central District of California.

5

6   IT IS SO ORDERED.

7   **Dated:    April 20, 2005**                    _____/s/ Lawrence J. O'Neill_____

8   i0d3h8                                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28